# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09–cr–00411–REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUCAS BYRON SHORT,
    Defendants.

# MINUTE ORDER[1]

    A Notice of Disposition was filed on April 2, 2010. On **April 8, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 5, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.