IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: April 15, 2010

Deputy Clerk: Nel Steffens
Court Reporter: Gwen Daniel

**Criminal Action No. 09-cr-00411-REB**

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA, | Wayne Campbell

    Plaintiff,

v.

1. LUCAS BYRON SHORT, | Scott Poland

    Defendant.

## CHANGE OF PLEA MINUTES

**9:05 a.m.**     **Court in session.**

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is thirty-four years old, alert, competent, literate, and sober.

Defendant waives formal reading of the Indictment.

Defendant confirms Court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant waives re-arraignment on Count Two of the Indictment.

Defendant enters plea of guilty to Count Two of the Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED** as follows**:**

1. That Court's Exhibits 1 (as amended in open court) and 2, which state the plea agreement, are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the plea of guilty to Count Two of the Indictment entered by the defendant is received, accepted and approved;

4. That defendant is found guilty of the crime charged in Count Two of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That the matter is continued to **July 16, 2010, at 8:30 a.m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order;

8. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot, including, but not limited to, #32 through #43, inclusive;

9. That any trial is vacated (as to the defendant); and

10. That defendant is released on bond, which is continued to the sentencing hearing.

**9:58 a.m.    Court in recess.**

Total time in court:   00:53

Hearing concluded.