**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09–cr–00411–REB-

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LUCAS BYRON SHORT,

     Defendant.

---

## MINUTE ORDER[1]

---

On July 12, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with the parties and with their consent

**IT IS ORDERED** that the sentencing hearing is **RESET** to **November 5, 2010**, at 1:30 p.m.

Dated:  July 12, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.