**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09–cr–00411–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUCAS BYRON SHORT,

    Defendant.

---

**MINUTE ORDER**[1]

---

On November 9, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** that on **March 18, 2011**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing in this matter.

    Dated: November 9, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.